STATE OF MAINE
CUMBERLAND, ss

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

Jan 4  8 04 AM '01

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-00-055
NM - CUM - 1/4/2001

CITY OF PORTLAND,

        Appellee

vs.

TAYA ARNOLD,

        Appellant

DECISION AND ORDER

The defendant appeals the denial by the District Court of the defendant's motion for findings and motion for a new trial. For the following reasons, the appeal is denied.

The court agrees with the appellee that a record of the District Court proceeding is necessary to determine the issue with regard to a new trial. See M.R. Civ. P. 76F.[1]

The defendant argues that she was not aware that the complaint against her involved a 3/6/00 incident until a witness testified at trial. She believed until the date of trial that the complaint concerned an incident which happened in May or June, 1999. The summons and complaint make clear that the date of the alleged offense was 3/6/00. The defendant has failed to show that evidence from Mr. Picard could not have been discovered before trial. See State v. Sheldon, 2000 ME 193, ¶ 7, 760 A.2d 1083, 1084-85.

---

[1] The defendant's affidavit, filed after trial, is not an adequate record.

Because no electronic recording was made of the hearing in the District Court, the District Court Judge did not err in denying the defendant's motion for findings of fact. See M.R. Civ. P. 52(a).

The entry is

The Defendant's Appeal is DENIED.

The Decision of the District Court is AFFIRMED.

The case is remanded for entry of judgment to the District Court.

Dated: January 2, 2001

Nancy Mills
Justice, Superior Court

Date Filed ___06-19-00___  ___CUMBERLAND___  Docket No. __AP 00-055__
County

Action ___APPEAL FROM DISTRICT COURT - ORDINANCE VIOLATION___

CITY OF PORTLAND                         TAYA ARNOLD

vs.

Plaintiff's Attorney

EILIZABETH L. BOYNTON, ESQ  874-8480
389 CONGRESS ST., PORTLAND ME  04101

Defendant's Attorney

DWIGHT A. FIFIELD, ESQ 773-0275
257 DEERING AVE., PORTLAND ME  04103